IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Charles Hicks #246241
Full name and prison number
of plaintiff(s)

v.

Luetinant Willie Copeland
Staton Correctional et al,

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

2007 JUL 23 A 9:4?

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:07-CV-667-WHA
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Charles Hicks

         Defendant(s) Alabama Dept. of Corrections, Staton Correctional, Warden L. Furniss, Lt. Willie Copeland,

      2. Court (if federal court, name the district; if state court, name the county) Alabama, Middle District Court, Montgomery County,

3. Docket number _____

4. Name of judge to whom case was assigned _____
   Judge Charles Coody, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   Still pending.

6. Approximate date of filing lawsuit June 2007.

7. Approximate date of disposition June 2007.

II. PLACE OF PRESENT CONFINEMENT Alexander City Community Base, P.O. Drawer 160, Alexander City, Al 35011

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Staton Correctional Facility, P.O. Box 56, Elmore, Al 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
1. Luetinant Willie Copeland  P.O. Box 56, Elmore, Al 36_
2. Staton Correctional Facility, P.O. Box 56, Elmore_
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
    June 4, 2007.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Luetinant Willie Copeland violated my constitutional rights by not allowing me a Diabetic too go eat my diabetic lunch because I was at the Doctor at the time when they called Diabetic Chow. He told me "No" after I told him that i was at the doctor for a doctor's visit.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

It was on June 4, 2007 after 10:00 A.m. When I left the doctor's office when i went too the cafertria to get my lunch. When, I got there it was closed. So, I went to the shift office and he was sitting there. I asked him if i can go eat my diabetic lunch because i was at the doctors office. He told me "no" in foul words. and caus

GROUND TWO: He should not work for the Department of Corrections.

SUPPORTING FACTS: He is the type of Lieutinant that abuse his authority toward Inmates. He was fully aware that, I am a Diabetic and was at the doctor's office at the time when they called for diabetic lunch. And he refuse for me too go eat my lunch after, I told him that i was at the doctors office.

GROUND THREE: He has had previous Lawsuits from other inmates and has been arrested 7 times for beating on inmates.

SUPPORTING FACTS: I am bring forth for him to be determnated and arrested from the Department of Corrections. He has a very bad history in being in different courts throughout the State of Alabama and almost every Judge knows about him.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I am asking the court order him to pay $300,000.00 for Comp. pay and $200,000.00 pupitive damages and $2 million for pain and suffering and for my freedom and for me too be at the hearing.

Charles Hicks #246241
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 18, 2007
(Date)

Charles Hicks #246241
Signature of plaintiff(s)

Charles Hicks #246841 297
Alexander City Community B___
P.O. Drawer 160
Alexander City, Al 35011

To The Office of The Clerk
United States Middle District Court
Attention !!; Clerks Office
P.O. Box 711
Montgomery, Al 36101-0711

Legal mail