IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv667-WHA ) |
| LT. WILLIE COPELAND, et al., | ) ) |
| Defendants. | ) |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), filed on July 24, 2007, the Recommendation is adopted, and it is hereby

ORDERED that this cause is DISMISSED as malicious prior to service of process pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B)(i). Judgment will be entered accordingly.

DONE this 13th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE